IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE AUDRY ROMERO,

    Plaintiff,

vs.                                                                     CIV NO. 1:22-cv-00474-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**

    Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (ECF No. 19) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (ECF No. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 13, 2023, to file a response, and Plaintiff shall have until February 27, 2023, to file a reply.

                                                                    /s/ Kevin Sweazea
                                                    HONORABLE KEVIN R. SWEAZEA
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
LAURA J. JOHNSON
Attorney for Plaintiff