IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE AUDREY ROMERO,

    Plaintiff,

vs.                                             CIV NO. 1:22-cv-00474-KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER FOR REMAND

Upon consideration of Defendant's Unopposed Motion to Reverse and Remand to Agency, for entry of final judgment pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 21), and good cause appearing,

IT IS HEREBY ORDERED that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
LAURA J. JOHNSON
KATHERINE HARTUNG O'NEAL
Attorneys for Plaintiff