IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE AUDREY ROMERO,

    Plaintiff,

vs.                                                CIV NO. 1:22-cv-00474-KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand to Agency, for entry of final judgment pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 21), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge